Oliver D. Smith
7 Aldenham Road
Radlett, Hertfordshire
WD7 8AU, England, UK
oliveratlantis@gmail.com

*Pro se*

FILED

NOV 26 2025

U.S. DISTRICT COURT- WVND
MARTINSBURG, WV 25401

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

## MARTINSBURG DIVISION

**OLIVER D. SMITH**

                **Plaintiff.**

  vs.

**VDARE FOUNDATION INC. (1)**

**PETER BRIMELOW (2)**

**LYDIA BRIMELOW (3)**

         **Defendants (1-3)**

Case No. 3:25cv179

**COMPLAINT**

**Jury Trial: No**

---

## <u>PLAINTIFF, DEFENDANTS, VENUE AND JURISDICTION</u>

1. The plaintiff Oliver D. Smith (Oliver Dean Smith) (**"ODS"**) in this case is a *pro se* individual. He is British national who was born and resides in United Kingdom (England). He is 35 years old and has formerly worked for the Royal Mail and at the British Postal Museum & Archive.

    Address: 7 Aldenham Road; Radlett, Hertfordshire, WD7 8AU, England, UK.

    Email: oliveratlantis@gmail.com   Phone: +44 07769 176821

- 1 -

2.   Defendant 1 is the VDARE Foundation Inc. ("**VDARE**"). VDARE is a non-profit corporation and 501(c)(3) organization; registered in and existing under the laws of the State of New York since 1999 (or 2007[1]) but its principal place of business is in Berkeley Springs, West Virginia.[2] VDARE.com has described itself as "the main project of the VDARE Foundation."[3] In 2021, VDARE was granted foreign qualification by the West Virginia Secretary of State's Office.[4]

Address: 276 Cacapon Road, Box 677; Berkeley Springs, West Virginia 25411, USA.

Officers: Peter Brimelow (President) and Lydia Brimelow (Secretary, Treasurer).

3.   Defendant 2 is Peter Brimelow[5] ("**PB**"), the founder and president of VDARE. PB is the editor of VDARE.com. Although PB claimed in July 2024 he resigned as president of VDARE and stopped being editor of VDARE.com[6] (the main project of VDARE), no official paperwork to this effect has been filed with the West Virginia Secretary of State's Office. As of writing – the Secretary of State's online business search lists Peter Brimelow as VDARE's president.

Address: 304 Stucco Drive Berkeley Springs, West Virginia 25411, USA.

Email(s): editor@peterbrimelow.com / pbrimelow@vdare.com

---

[1] Registered under the name The Lexington Research Institute in 1999 but changed its name in 2007.

[2] According to recent court filings in the U.S. District Court for the Northern District of New York, VDARE has described its principal place of business as in Berkeley Springs, West Virginia (*VDARE Foundation, Inc. v. James*, 1:25-cv-00810, N.D.N.Y., Jun 25, 2025, ECF No. 1, p. 2 at paragraph 1).

[3] https://web.archive.org/web/20240807124831/https://vdare.com/about

[4] https://apps.sos.wv.gov/business/corporations/organization.aspx?org=509061

[5] Married to Lydia Brimelow.

[6] https://vdare.com/articles/peter-brimelow-why-we-ve-suspended-vdare-and-i-ve-resigned-after-25-years

4.  Defendant 3 is Lydia Brimelow ("**LB**"), the secretary (and treasurer) of VDARE. In July 2024, LB said she became the president of VDARE and editor of VDARE.com[7] (replacing the role of her husband, PB). However, there is no proof of this change because no official paperwork to this effect has been filed with the West Virginia Secretary of State's Office (as of writing).

Address: 304 Stucco Drive Berkeley Springs, West Virginia 25411, USA.

Email(s): vbrimelow@vdare.com / lbrimelow@vdare.com

5.  Venue is appropriate in the United States District Court for N.D. W. Va.

6.  Jurisdiction pursuant to 28 U.S.C. § 1332.

**FACTS**

7.  On 6 April 2019, an article was published on VDARE.com,[8] "Lunatics Take Over Asylum: Oliver D. Smith, RationalWiki, and the Wikipedeans". The author named Lance Welton states at the bottom of the article this is a pseudonym ("pen name"), so the real identity of the author is not known. The article doxxes ODS's town, street address (including posting a photo of his street from Google Maps) and mentions his parent's and twin brother's forenames. The article contains a plethora of outright false and unfounded statements about ODS, including many he deems to be false light and one as defamation (see below). Between May and July 2019, ODS emailed PB (the editor of VDARE.com) numerous times to remove his personal information (including street address) and family's forenames from the article, as well for a 'right to reply' to factually correct the many untrue statements about him, however, no response was received.

---

[7] https://vdare.com/articles/vdare-com-vs-cancel-culture-my-story-lydia

[8] https://vdare.com/articles/lunatics-take-over-asylum-oliver-d-smith-rationalwiki-and-the-wikipedeans

8. In February 2020, ODS sent a letter to a PO box registered to VDARE in Connecticut[9] (this was before VDARE's principal place of business moved to Berkeley Springs, West Virginia) to complain about the article, requesting its removal or at least redaction of address and names of his family members. ODS waited for a reply, but no response was ever received. By April 2020, the statute of limitation for libel/false light (one year) almost passed; instead of filing a legal claim against VDARE, ODS blocked/deindexed the article from Google and other major search engines after reporting the article for privacy concerns since it posted his street address.

9. ODS was not mentioned again on VDARE.com until 29 January 2023; a separate article about him was published by Steve Sailer.[10] Sailer then published another article (on 19 July 2023).[11] Sailer cross-posted both articles to the website *The Unz Review*. ODS subsequently sued Sailer for libel and reached a confidential settlement agreement with him and voluntarily dismissed the case (*Smith v Sailer*, 2:24-cv-05130, C.D. Cal. Nov 2, 2024, ECF No. 28). The two articles are no longer accessible at *The Unz Review*. ODS contacted PB, again, by email and letter to ask him (as the editor of VDARE.com) to stop publishing unflattering and malicious articles about him and to simply "leave him alone". No response was received, so he filed a report of harassment to VDARE.com's website host. That same year, ODS discovered[12] VDARE's X account (@vdare) posted hyperlinks to one of its articles about him instigating their supporters to send ODS unpleasant messages. ODS, in response, blocked VDARE on social media (X).[13]

---

[9] PO Box 211; Litchfield, CT 06759, USA.

[10] https://vdare.com/posts/oliver-d-smith-should-rationalwiki-com-be-renamed-psychoticwiki-com

[11] https://vdare.com/posts/steve-sailer-oliver-d-smith-of-crackpotwiki

[12] https://x.com/vdare/status/1677510385602121728

[13] ODS formerly owned a X (aka Twitter) account (@oliveratlantis) but deleted it in October 2025. He no longer uses social media. Prior to deleting his account, he blocked VDARE's account (@vdare).

**10.** ODS asked Steve Sailer to remove the two articles he published on VDARE (out of courtesy), but he was blocked from doing so by PB. ODS later realized that both of Sailer's articles were edited by PB; to include new artwork including a drawing (a caricature) of ODS's face[14] and a hyperlink to the Lance Welton article.[15] From January to May 2024, ODS received a tirade of abusive/threatening/trolling messages (on X) by VDARE's supporters. In June 2024, ODS complained again to VDARE.com's website host about serious privacy concerns, seeming as VDARE.com had left up the article with his street address (plus a Google Map of his location). It should be noted since ODS's address was doxxed on VDARE.com, and his family members were named – his family have been harassed (which they can testify to), and poison pen letters have been sent to his house. Threatening emails were also sent to his father's (ex)employer.[16]

**11.** In July 2024, PB made a statement on VDARE.com asserting he was suspending the website (i.e., no longer updating it) and was suddenly resigning as VDARE's president and no longer editing VDARE.com. PB made clear this was because of litigation against him by New York attorney general Letitia James, writing "it [VDARE] has been murdered by New York State

---

[14] The caricature of ODS's face is undoubtedly anti-Semitic; it depicts stereotypical Ashkenazi Jewish facial features (particularly lower fleshy lip, wonky/crooked nose, large eyebrows), despite ODS does not have any of these features. ODS is not ethnically Jewish but believes PB erroneously thought he is because he resides in a small town (Radlett) which has the highest population of Jews in England based on census data from the 2000s (https://www.borehamwoodtimes.co.uk/news/515951.the-most-jewish-village/). VDARE supporters sent ODS anti-Semitic slurs, mistakenly believing he is Jewish.

[15] https://vdare.com/posts/steve-sailer-oliver-d-smith-of-crackpotwiki

[16] VDARE.com links to ODS's father's former employer on Companies House (a company register in the United Kingdom). From 2019-2022, ODS's father and other directors at the same company he worked at (he retired in 2024) received abusive and threatening emails about ODS; there is no doubt these emails were sent from supporters of VDARE because no one had harassed ODS's father or his work colleagues prior to VDARE.com publishing the article which linked to the company he worked.

Attorney General Letitia James".[17] In October 2024, the Supreme Court of the State of New York County of New York issued a judgment, fining VDARE £43,500 (as a contempt fine).[18] Around this time, PB and/or LB set up a different website VDARE.name and began copying all articles on VDARE.com to the new domain.[19] This appears to stem from the fact PD stated in July 2024, that VDARE.com might not one day be accessible because of James's litigation: "VDARE.com… unsure for how long the archives will remain accessible, or even if they will be accessible at all." From October 2024 to January 2025, VDARE.com's articles were copied almost verbatim minus some images to VDARE.name, while still remaining on VDARE.com.

**12.** At the beginning of January 2025, ODS discovered the article by Lance Welton was copied (minus images) to the site VDARE.name and on 13 January 2025, VDARE on their X account (@vdare) posted a hyperlink to this article on (their newly created website), VDARE.name.[20] On the same day, VDARE's X account posted two untrue statements about ODS he deems to be false light (see below). As explained below, ODS argues the copying of the Welton article to a new website by PB and/or LB (VDARE.name) constitutes a republication meaning ODS is not barred by the single-publication rule; he falls within the one-year statute of limitations to file a lawsuit against the article for libel and false light, as well as invasion of privacy torts.

---

[17] https://vdare.com/articles/peter-brimelow-why-we-ve-suspended-vdare-and-i-ve-resigned-after-25-years

[18] https://www.law.com/newyorklawjournal/2024/10/18/nyc-judge-holds-immigration-restriction-group-in-contempt-for-inadequate-response-to-ag-subpoena/

[19] VDARE.name was specifically registered as a domain on 4 August 2025, however, it was not then up and running. The site came online months later and the Welton article was copied in January 2025 (https://uk.godaddy.com/whois/results.aspx?itc=dlp_domain_whois&domain=vdare.name).

[20] https://www.vdare.name/articles/lunatics-take-over-asylum-oliver-d-smith-rationalwiki-and-the-wikipedeans (for the hyperlink by @vdare see: https://x.com/vdare/status/1878891153413886359).

## STATEMENTS OF CLAIM

**13.** The Plaintiff ODS contends that VDARE are responsible for the republication of the article "Lunatics Take Over Asylum: Oliver D. Smith, RationalWiki, and the Wikipedeans" by Lance Welton on the site VDARE.name.[21] The article was published at the start of January 2025; the earliest screenshot is 13 January 2025.[22] Plaintiff is within the one-year statute of limitations and argues, with reason, that the copying of the article to a new site constitutes republication (creating a new cause of action).[23] ODS further contends that both PB and LB are responsible for the article since they registered the website (and copied the content from VDARE.com). PB and LB are the only officers of VDARE who own/operate VDARE.name, while LB claims (post-June 2024) to be the editor of VDARE's two websites. VDARE's official X account has further linked to the same article stating: "Here's our [2019] write-up on Smith".[24] There is no doubt that VDARE and the Brimelow's are responsible for copying or publishing the article.[25] They have failed to remove it like the original and have not replied to ODS's correspondence; VDARE and the Brimelow's continue to provoke ODS by posting the URL on social media.

---

[21] https://www.vdare.name/articles/lunatics-take-over-asylum-oliver-d-smith-rationalwiki-and-the-wikipedeans

[22] https://web.archive.org/web/20250113210136/https://www.vdare.name/articles/lunatics-take-over-asylum-oliver-d-smith-rationalwiki-and-the-wikipedeans

[23] A statement is often considered "republished" if it is in a "materially different" manner or medium from the original publication and copying content to a distinct website, arguably meets this threshold.

[24] https://x.com/vdare/status/1878891153413886359

[25] The original author, Lance Welton (a pseudonym) is not being listed here as a Defendant because his article was copied by VDARE and the Brimelow's, so is a republication. Welton is pseudonymous and the Brimelow's are unlikely to voluntarily reveal his real identity (ODS does not need to waste time and hassle with a subpoena). Furthermore, it should be noted that Peter Brimelow and/or Lydia Brimelow have always been the publisher and editor of contents on VDARE.com and VDARE.name.

1

## I. First Statement of Claim: Libel (Defendants 1-3)

2

3   **14.** ODS's first statement of claim is libel against VDARE (Defendant 1), PB (Defendant 2) and

4      LB (Defendant 3) for the following statement in republication of the aforementioned article:[26]

5

6      "Smith first appears online, at the age of about 15, with the posting on a forum
       whose administrators, for whatever reason, added the word "pedophile" to the
7      user description on his name." (Statement 1)

8

9   **15.** In response to Statement 1, it should be noted no forum admin when ODS was ~15 years old

10     added the user description "pedophile" to his name. This is impossible since ODS was not on

11     any internet forums or message boards that young. In other words, this is a false statement of

12     fact (which is not supported by any evidence). ODS argues this false statement is defamatory[27]

13     *per se*; the statement is inherently damaging and is also an imputation of a serious and immoral

14     crime; it falsely asserts a forum admin added the word "pedophile" next to ODS's real name

15     and falsely insinuates that ODS is a pedophile. ODS has no sexual attraction towards children

16     nor has a criminal record for sexual crimes against children (in fact, he has no criminal record

17     at all). Note at common law in West Virginia, "defamation *per se* includes only imputations

18     of a crime of moral turpitude..." (*Mauck v. City of Martinsburg*, 167 W. Va. 332, 336 n.3,

19     280 S.E.2d 216, 219 n.3 (1981) (citing *Restatement (Second) of Torts* §§ 571–74 (1977)).

20     Plaintiff complained to PB to remove the false pedophilia insinuation but did not receive any

21     response; ODS has been falsely accused of pedophilia by VDARE supporters on social media.

22

23

24

_____

25  [26] https://www.vdare.name/articles/lunatics-take-over-asylum-oliver-d-smith-rationalwiki-and-the-
26  wikipedeans

27  [27] "[A] statement may be described as defamatory 'if it tends so to harm the reputation of another to
    lower him in the estimation of the community or to deter third persons from associating or dealing
28  with him'..." (*Crump v Beckley Newspapers, Inc*. 173 W. Va. At 706, 320 SE.2d at 77 (1983)).

## II. Second Statement of Claim: False Light (Defendants 1-3)

**16.** ODS's second statement of claim is false light against VDARE (Defendant 1), PB (Defendant 2) and LB (Defendant 3) for following statements in republication of aforementioned article:[28]

> "So, who are these Nerdish Leftists who dedicate their spare time to anonymously fighting in our increasingly violent Culture War? A particularly diligent and prolific one has been revealed to be a 28-year-old Englishman called Oliver D. Smith." (Statement 2)

> "The following year [2006], Smith wrote of the Columbine killers that, "It's not their fault at all i mean if you were bullied all day by non-whites of course you would join a right-wing organisation online [sic]." (Statement 3)

> "In various online forums, Smith has admitted to being a pathological liar who suffers from schizophrenia, though he has then used sock puppets to claim he made this up. Schizophrenia is strongly consistent with his Leftist bias, as schizophrenics tend to be very low in systematizing but so high in "empathy"—reading signals of people's minds—that they become paranoid and delusional." (Statement 4)

> "Smith also denied the Holocaust, advocated a bizarre form of white supremacy, claimed to be a "conservative Christian" and wrote for assorted right-wing online encyclopedias." (Statement 5)

> "It seems, however that he [Oliver] became an SJW at the beginning of 2012." (Statement 6)

> "Smith has claimed to be, in a nuanced way, asexual, though he has a passion for violent and sexual movies such as *Cannibal Holocaust*, and also for pornographic videos such as *Naked Tomb Raider*." Hyposexuality is common among schizophrenics, a side effect of medications they take." (Statement 7)

> "Clearly, Oliver D. Smith is, well, odd. He would seem to exemplify the phenomenon of "negative Social Epistasis," whereby, in our world of weakened selection against the accumulation of deleterious mutations, mutants attain positions of social influence and are able to potentially corrupt the norms of civilization, causing others to behave in a maladaptive way in the process… When such 'spiteful mutants'…" (Statement 8)

---

[28] https://www.vdare.name/articles/lunatics-take-over-asylum-oliver-d-smith-rationalwiki-and-the-wikipedeans

17. The elements of false light of privacy in West Virginia are "(1) a statement or representation that places the plaintiff in a false light; (2) the false light must be offensive to a reasonable person; (3) the representation must be widely publicized; (4) at least negligence on the part of the defendant; and (5) some resulting injury." (*Crump v. Beckley Newspapers, Inc.* 320 S.E.2d 70 W. Va. (1984) at 88-90). The Plaintiff argues all of the elements are met for statements 2 to 8. In regard to statement 2, ODS is not a "leftist" who has ever engaged in a "violent Culture War" (this statement is offensive and absurd). He has no interest in left-wing politics and so-called "culture wars". Defendants 1-3, with a reckless disregard for truth published this false or misleading statement. Statement 3 misattributes (by quotation) to ODS a comment that he never even wrote; Plaintiff has never sympathized with the Columbine High School massacre.

18. Statement 4 misattributes another comment (by paraphrasing), ODS never wrote. ODS never "admitted to being a pathological liar who suffers from schizophrenia" nor is schizophrenia "strongly consistent with his Leftist bias" (considering as he does not identify with left-wing politics nor does he hold left-wing political beliefs). Defendants 1-3 are clueless about ODS's genuine political views, digital footprint, mental health, sexuality (see below). ODS has never been diagnosed with schizophrenia, nor suffers from this mental disorder. Statement 5, falsely and bizarrely states ODS denied the Holocaust, advocated white supremacy and claimed to be a "conservative Christian" who edited right-wing encyclopedias (plural). None of these claims are true or sourced; ODS is aware of only *one* right-wing encyclopedia site he edited well over a decade ago (2012-2013); he did not agree with much, if any, of its encyclopedic content and debated editors on the same site (having several disagreements with them). Plaintiff has never identified as a conservative, Christian, Holocaust denier, or white supremacist, etc. The latter two accusations are particularly offensive but sum up how divorced from reality the article is.

19. Statements 6 falsely states ODS is an "SJW" ("Social Justice Warrior" or liberal-progressive) and became one in 2012. This is untrue and unsubstantiated. Plaintiff has never supported so-called "SJW" politics and Defendants are misinformed about his political views. Statement 7, falsely states or implies ODS is an asexual or hyposexual, who has a "passion for violent and sexual movies such as *Cannibal Holocaust* and also for pornographic videos such as *Naked Tomb Raider*." None of these claims are verifiable since they were made up and are seemingly contradictory (someone who is asexual would not have a passion for sexual movies). Plaintiff is not aware of any pornographic video named "Naked Tomb Raider" neither has he watched it. Defendants seem to be desperate to sexually malign ODS and their minds are in the gutter.

### III. Third Statement of Claim: Public Disclosure of Private Facts [PDoPF] (Defendants 1-3)

20. ODS's third statement of claim is PDoPF against VDARE (Defendant 1), PB (Defendant 2) and LB (Defendant 3) for the following statement in republication of aforementioned article:[29]

> "According to British public records, "Oliver Dean Smith" lives with his father, Peter Smith, and Peter's wife, Sandra, in the picturesque village of Radlett in Hertfordshire; specifically, in "Primrose Cottages." This "listed (historically important) building" is opposite an old "pub" called The Red Lion. Hertfordshire is a wealthy county in the southeast of England and Smith's father—whom birth and marriage records mysteriously imply has different forenames from those on the property records—is the director of a construction company." (Statement 9)

21. Plaintiff is not aware of any "public records" that mention he lives with his parents; rather this information is private; this public disclosure of private facts by VDARE and Brimelow's was purely to instigate their supporters to harass and intimate ODS's parents, who are in their 60s

---

[29] https://www.vdare.name/articles/lunatics-take-over-asylum-oliver-d-smith-rationalwiki-and-the-wikipedeans

(Plaintiff has documented evidence of this harassment including a police report). Statement 9 is accompanied by a Google Map photo of ODS's street address. This is wholly inappropriate (there is no legitimate public interest in uploading a photo of ODS's or his family's residence).

### IV. Fourth Statement of Claim: False Light (Defendants 1-3)

**22.** ODS additionally sues VDARE (Defendant 1), PB (Defendant 2) and LB (Defendant 3) for false light for publishing two tweets on the official @vdare (X) account[30] on 13 January 2025:

> "He's been harassing @KirkegaardEmil for years."[31] (Statement 10)

> "[City Journal did an article about him.] And then deleted it in response to Smith's pro se legal harassment."[32] (Statement 11)

**23.** Both these statements are false and misleading since they omit important context. Firstly, ODS (until recently) was a judgment creditor who was owed £59,975 in legal costs by Emil Kirkegaard. Kirkegaard was a recalcitrant debtor who willfully refused to pay Smith's legal costs awarded to him in a defamation claim in the High Court of Justice, London (England).[33] In that claim, ODS was the defendant and Kirkegaard the claimant. Kirkegaard's libel case was frivolous and proven to be unmeritorious; ODS won the preliminary judgment and subsequently applied for summary judgment because Kirkegaard had no realistic prospect of success. The High Court awarded 84% of ODS's legal costs. Kirkegaard breached multiple court orders and refused to pay Smith's costs, so Smith initiated enforcement actions such as obtaining a writ of control (to seize debtor's assets), sending court-appointed bailiffs to multiple of his properties, filing a third-party debt order against

---

[30] VDARE's X (Twitter) account appears to be operated by the Brimelow's.

[31] https://x.com/vdare/status/1878892133404606852

[32] https://x.com/vdare/status/1878893821628748144

[33] *Kirkegaard v Smith* (QB-2018-000390).

- 12 -

his bank account and applying for a freezing injunction; to prevent disposing of assets. After years of evasion and being in contempt for breaching multiple court (costs) orders, Kirkegaard reached a settlement agreement with ODS and a Tomlin Order, to that effect was issued on 30 June 2025.

**24.** It is simply not the case, ODS "harassed" Kirkegaard. If there was any harassment it was the other way around which court judgments make clear since judges criticised Kirkegaard's behavior during litigation; for example, Lord Justice Dingemans remarked: "information suggests that Mr Kirkegaard has taken numerous steps to avoid complying with court orders"[34] and mentioned his "efforts to avoid service and move his assets before they could be seized".[35] Kirkegaard's actions caused immense anxiety and stress to ODS because he had to waste time and money on trying to recover the judgment debt from Kirkegaard who was in contempt of court and being unreasonable. None of this important context is provided in the misleading tweet (Statement 10) by @vdare who instead erroneously state that ODS has been "harassing" Kirkegaard (who likes to play the victim). The actual events, however, prove the opposite: Kirkegaard filed a frivolous lawsuit against ODS (SLAPP) that he unsurprisingly lost and for many years refused to pay ODS's awarded legal costs.

**25.** Statement 11 falsely states *City Journal* deleted an article "in response to Smith's pro se legal harassment". This is incorrect. ODS reached a private settlement agreement with the publisher of the webzine *City Journal* in February 2024 and thus voluntarily dismissed his libel case;[36] note the article was publicly deleted many months before the agreement was mutually signed. ODS's defamation claim against the publisher of *City Journal* (Manhattan Institute for Policy Research) was not remotely harassment or frivolous (nor has the MIPR made this accusation).

---

[34] *Smith v Kirkegaard* [2024] EWCA Civ 698 (21 June 2024) at 51.

[35] *Smith v Kirkegaard* [2024] EWCA Civ 698 (21 June 2024) at 49.

[36] *Smith v. Manhattan Institute for Policy Research*, 1:23-cv-06143, (S.D.N.Y.) ECF 19.

**26.** The Plaintiff has never filed frivolous lawsuits or SLAPPs (not least because he is not a public figure). The same cannot be said for Defendant 2 (Peter Brimelow), who has a long history of filing SLAPPs and frivolous cases to the extent his meritless defamation claim in 2020 against the New York Times Company was dismissed in 2022 because it "did not meet the heightened pleading standard required as per the newly amended Anti-SLAPP statutes".[37] Indeed, if you search PB's name on Google you find newspaper reports with titles such as : "NY Times fires back at defamation plaintiff with anti-SLAPP lawsuit".[38] The incorrect description of ODS as engaging in legal harassment seems to come from Peter Brimelow's psychological projection.

### V. Fifth Statement of Claim: False Light (Defendants 1-3)

**27.** ODS additionally sues VDARE (Defendant 1), PB (Defendant 2) and LB (Defendant 3) for false light for republishing one of Steve Sailer's articles. This article was initially published on VDARE.com in 2023. Although the statute of limitations has passed for ODS to take action against the original article – the posting by the three Defendants of the same article on a new website (VDARE.name), arguably constitutes republication and ODS is within the one-year statute of limitations. The article on VDARE.name was published in December 2024 (minus images that appeared in the original).[39] ODS maintains the following statement is false light:

> "An online war, led by a British national named Oliver D. Smith, has targeted the field of intelligence research. His campaign, abetted by a user-controlled website's negligent policies, has led to devastating professional consequences for a number of academics working in this area. Most people are accustomed to online disinformation and cancel culture, but Smith is unique for combining both weapons against his perceived enemies." (Statement 12)

---

[37] https://cases.justia.com/new-york/other-courts/2022-2022-ny-slip-op-32406-u.pdf

[38] https://www.reuters.com/business/media-telecom/ny-times-fires-back-defamation-plaintiff-with-anti-slapp-lawsuit-2022-04-15/

[39] https://www.vdare.name/posts/steve-sailer-oliver-d-smith-of-crackpotwiki

27. Plaintiff has never been involved in an "online war" nor has caused "devastating professional consequences for a number of academics", nor has targeted "IQ research" nor supports "cancel culture" nor engages in any disinformation. All these accusations are untrue, and misleading.

## VI. Sixth Statement of Claim: Intentional Infliction of Emotional Distress (Defendants 1-3)

28. ODS lastly sues VDARE (Defendant 1), PB (Defendant 2) and LB (Defendant 3) for the tort of intentionally (or recklessly) inflicting emotional distress. This includes doxxing his address, posting a Google Map of his location, instigating VDARE's supporters to harass ODS and his family members, repeatedly vilifying, maligning and smearing ODS in articles, publishing an anti-Semitic caricature of ODS, lying about his sexuality and mental health, misrepresenting his political views and attacking him across social media. All of this is being done unprovoked.

## JURY TRIAL

29. The Plaintiff does not request a jury trial.

## REMEDY OR RELIEF SOUGHT

30. $1,000,000 (one million) compensatory damages and punitive damages to be determined.

31. Plaintiff's costs (such as court fees) in this action.

32. An apology from Peter Brimelow.

33. Deletion of the VDARE.name articles complained of in the statements of claim.

34. Deletion of the tweets by @vdare complained of in the statements of claim.

35. Any other relief the court deems just and proper.

1
2

## <u>PLAINFIFF'S CERTIFICATION AND WARNINGS</u>

3
4
5
6
7
8
9
10
11
12

**36.** By signing below, the Plaintiff (Oliver D. Smith [ODS]) in this case certifies to the best of his knowledge, information, and belief that: the complaint is not being presented for an improper purpose such as to harass, intimidate, cause unnecessary delay, or needlessly increase the cost of litigation; the claims are supported by existing law or by a nonfrivolous argument to change existing law; factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation and/or discovery; and the complaint otherwise complies with all the requirements of Federal Rule of Civil Procedure 11 (which the Plaintiff has read and is familiar). Finally, the Plaintiff, declares under penalty of perjury the aforementioned is true and correct – to the best of his knowledge.

13
14
15

Dated: 20.11.2025 (20 November 2025)          

16

Oliver D Smith, *pro se.*

17
18
19
20
21
22
23
24
25
26
27
28