Oliver D. Smith
7 Aldenham Road
Radlett, Hertfordshire
WD7 8AU, England, UK
oliveratlantis@gmail.com

*Pro se*

FILED
JAN 08 2026
U.S. DISTRICT COURT- WVND
MARTINSBURG, WV 25401

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG DIVISION

| | |
|---|---|
| **OLIVER D. SMITH** | ) Case No. 3:25-cv-00179-GMG-RWT |
| Plaintiff. | ) |
| vs. | ) **RESPONSE TO CLERK'S LETTER** |
| **VDARE FOUNDATION INC. (1)** | ) |
| **PETER BRIMELOW (2)** | ) |
| **LYDIA BRIMELOW (3)** | ) |
| **Defendants (1-3)** | |

In response to the clerk's letter (ECF #5) as the Plaintiff in this case, I would like to put on record that I cannot pay the court fee by "money order or certified check" since I live outside of the US in the UK. I have not been able to find anywhere in the UK where I can send a money order or check in USD (United States dollar) currency; note the Court does not accept money orders or checks in GBP. I can presumably pay the court filing fee ($405) *online* but require access to CM/ECF filing (see my motion at ECF #4). In other words, I will only be able to pay the court filing fee ($405) if I am granted permission to file electronically, but please advise on this matter if there is another payment option? I do not own a credit card so cannot pay by phone (I spoke to the clerk by phone who explained this).

Oliver D. Smith
7 Aldenham Road
Radlett, Hertfordshire
WD7 8AU, England, UK
oliveratlantis@gmail.com

Dated: 23.12.2025 (23 December 2025)



Oliver D Smith, *pro se*.