**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

**OLIVER D. SMITH,**

       **Plaintiff,**

**v.**                                                   **CIVIL ACTION NO.: 3:25-CV-179
(GROH)**

**VDARE FOUNDATION INC.,
PETER BRIMELOW, and LYDIA BRIMELOW,**

       **Defendants.**

## ORDER REGARDING PLAINTIFF'S MOTIONS AND FILING FEE

Now before the Court are three motions filed by Plaintiff. See ECF Nos. 2, 4, and 7. Through his Motions, Plaintiff seeks leave of Court to make and receive filings electronically [ECF Nos. 2 & 4], and he also asks the Court for an alternative method to pay the filing fee.

Regarding Plaintiff's requests for electronic filing and service, the Court finds the request is appropriate given that Plaintiff resides in England. Thus, the Court **GRANTS** Plaintiff's motions for electronic notice and permission to file documents electronically as follows: The Clerk of Court is **DIRECTED** to include Plaintiff's email address, provided in his request regarding electronic notice, with the email addresses that receive Notices of Electronic Filings for this case. The Clerk is further **DIRECTED** to accept electronic filings from this Plaintiff that are sent in accordance with this Order. Plaintiff shall email any filings to the Clerk with a subject like that reads, "Smith v. VDARE, 3:25-CV-179" to this email address: **caseintake@wvnd.uscourts.gov**

Finally, Plaintiff's Motion for alternative payment method is **DENIED**. ECF No. 7.

Further, **the Court ORDERS Plaintiff to pay the filing fee in this matter on or before April 24, 2026, or this case will be dismissed**.

**DATED**: March 25, 2026

GINA M. GROH
UNITED STATES DISTRICT JUDGE

2