**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

**OLIVER D. SMITH,**

        Plaintiff,

**v.**                                                                  **CIVIL ACTION NO.: 3:25-CV-179
(GROH)**

**VDARE FOUNDATION, INC.,
PETER BRIMELOW, and
LYDIA BRIMELOW,**

        Defendants.

**ORDER DISMISSING CASE**

Plaintiff filed a complaint in this matter on November 26, 2025. ECF No. 1. On March 25, 2026, the Court entered an Order ruling upon several motions filed by Plaintiff, including a motion regarding payment of the filing fee. See ECF No. 8. In its Order, the Court explained that failure to pay the filing fee on or before April 24, 2026, would result in dismissal of this case. To date, the Court has not received payment for the filing fee.

Therefore, this Civil Action is **DISMISSED WITHOUT PREJUDICE and ORDERED STRICKEN** from the Court's active docket. The Clerk of Court is **DIRECTED** to transmit a copy of this Order to Plaintiff.

**DATED**: April 27, 2026

GINA M. GROH
UNITED STATES DISTRICT JUDGE