**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

**OLIVER D. SMITH,**

        Plaintiff,

**v.**                                **CIVIL ACTION NO.: 3:25-CV-179
(GROH)**

**VDARE FOUNDATION, INC.,
PETER BRIMELOW, and
LYDIA BRIMELOW,**

        Defendants.

## AMENDED ORDER DISMISSING CASE

Plaintiff filed a complaint in this matter on November 26, 2025. ECF No. 1. On March 25, 2026, the Court entered an Order ruling upon several motions filed by Plaintiff, including a motion regarding payment of the filing fee. See ECF No. 8. In its Order, the Court explained that failure to pay the filing fee on or before April 24, 2026, would result in dismissal of this case. To date, the Court has not received payment for the filing fee.

On April 24, 2026, Plaintiff filed a Motion on Alternative Payment Method. ECF No. 10. Due to a clerical error in the Clerk's Office, the Plaintiff's filing was not entered upon the docket until after the Court's Order Dismissing Case. ECF No. 9. The Court enters this Amended Order to clarify the record and address Plaintiff's Motion.

Plaintiff's recent motion reiterates the same arguments presented to the Court in the prior Motion for Alternative Payment Option, which the Court denied. ECF No. 7. The

Court finds no good cause to grant Plaintiff's second motion for an alternative payment method. It is DENIED. ECF No. 10. Because Plaintiff has failed to pay the filing fee prior to the deadline set by this Court, the case shall be dismissed in accordance with the Court's warning in it prior Order. ECF No. 8.

Therefore, this Civil Action is **DISMISSED WITHOUT PREJUDICE and ORDERED STRICKEN** from the Court's active docket. The Clerk of Court is **DIRECTED** to transmit a copy of this Order to Plaintiff.

**DATED**: May 4, 2026

GINA M. GROH
UNITED STATES DISTRICT JUDGE